LORETTA V. MALAFRONTE *v.* JAMES E. MALAFRONTE, JR.

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Michael L. Riccio,* for the appellee (plaintiff).

*Ralph L. Palmesi,* for the appellant (defendant).

Argued March 5—decided March 5, 1974

FRANCIS McINTYRE ET AL. *v.* TOWN OF SHERMAN ET AL.

The motion by the defendant Arvid Alfredson to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Arnold Bai,* for the appellee (defendant Arvid Alfredson).

*Harold A. Bochino,* for the appellants (plaintiffs).

Argued March 5—decided March 5, 1974

MATTEO MINNELLI *v.* GEORGE H. POULOS ET AL.

The defendants' motion to set aside the judgment of the trial court and to enter a judgment for the defendants in the appeal from the Superior Court in New Haven County is denied.

*William R. Moller,* with whom was *Wesley W. Horton,* for the appellants (defendants).

*Alfonse C. Fasano,* for the appellee (plaintiff).